Jeanette SLADEK, Claimant/Respondent,

v.

BEUTEL SCHOOL OF DANCE, INC./GATEWAY BALLET OF ST. LOUIS, Employer/Appellant.

No. 74144.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 23, 1999.

Elaine A. Pudlowski, Greg S. Kessler, St. Louis, MO, for appellant.

Harry M. Stockman, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., CLIFFORD H. AHRENS, J. and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Employer, Beutel School of Dance, Inc., appeals from the decision of the Labor and Industrial Relations Commission awarding claimant, Jeanette Sladek, workers' compensation benefits.

We have reviewed the record on appeal and find that no error of law appears. An opinion would have no precedential value. However, the parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision of the Commission awarding workers' compensation benefits is affirmed pursuant to Rule 84.16(b).

Evert Dale CARDWELL, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. 74269.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 23, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Philip T. Ayers, Hazelwood, MO, for respondent.

Before PAUL J. SIMON, P.J., and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Everet Dale Cardwell (Cardwell) sought reinstatement of his driving privileges following a suspension by the Director of Revenue (Director) pursuant to section 302.505, RSMo1994. The court ordered reinstatement of his driving privileges and Director appeals. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.